No. 03–8308.  GARCIA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–8310.  FREEMAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–8311.  GOMEZ-AGUILAR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8312.  BELK *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–8315.  WALL *v.* SHEARIN, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 03–8319.  FELICE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8320.  HINES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–8321.  HOLLAND *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 03–8322.  ATAYDE *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–8324.  ROBINSON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–8325.  DEFTERIOS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–8327.  DANIEL *v.* WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 03–8328.  RAMIREZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–8330.  SINGLETON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–8333.  ALBERTO R., A JUVENILE *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 03–8340.  MCNAIR *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.